

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00484-CV

**ESTATE OF GLENN EDWARD TURPIN, DECEASED**,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0972
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

Appellee Mary Louise May's motion for extension of time to file her brief is GRANTED. Appellee Mary Louise May's brief is due November 16, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court